■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMEL MARTIN, Respondent.—Appeal by the People from an

order of the Supreme Court, Queens County (Calabretta, J.), dated April 6, 1989, which granted that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the order is affirmed (see, People v Bennett, 170 AD2d 516). Mangano, P. J., Lawrence, Rosenblatt and Miller, JJ., concur.